# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLY FINANCIAL INC.,**<br><br>Defendant. | Civil Action No. 2:12-cv-616-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |
| **TQP DEVELOPMENT, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**LULULEMON USA INC.,**<br><br>Defendant. | Civil Action No. 2:12-cv-722-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff TQP Development, LLC and defendants Ally Financial, Inc. and Lululemon USA, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in the respective actions pending between them, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

May 6, 2013.                                                Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey L. Johnson*<br><br>Jeffrey L. Johnson<br>State Bar No. 24029638<br>jeffrey.johnson@dlapiper.com<br>Dawn M. Jenkins<br>State Bar No. 24074484<br>dawn.jenkins@dlapiper.com<br>**DLA PIPER LLP (US)**<br>1000 Louisiana, Suite 2800<br>Houston, TX 77002<br>Telephone: 713-425-8400<br>Facsimile: 713-425-8401<br>John M. Guaragna<br>State Bar No. 24043308<br>john.guaragna@dlapiper.com<br>Brian Erickson<br>State Bar No. 24012594<br>brian.erickson@dlapiper.com<br><br>**Attorneys for Defendants**<br>**ALLY FINANCIAL, INC. and**<br>**LULULEMON USA INC.** | By: */s/ Paul A. Kroeger*<br>Paul A. Kroeger<br><br>Marc A. Fenster, CA SB No. 181067<br>Email: mfenster@raklaw.com<br>Kevin P. Burke, CA SB No. 241972<br>Email: kburke@raklaw.com<br>Adam S. Hoffman, CA SB No. 218740<br>Email: ahoffman@raklaw.com<br>Alexander C.D. Giza, CA SB No. 212327<br>Email: agiza@raklaw.com<br>Paul A. Kroeger, CA SB No. 229074<br>Email: pkroeger@raklaw.com<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-699<br><br>Andrew W. Spangler<br>State Bar No. 24041960<br>Email: spangler@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>James A. Fussell, III<br>State Bar No. 2003193<br>Email: fussell@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |

**CRTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                               */s/ Paul A. Kroeger*
                                                                Paul A. Kroeger


**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.


Dated: May 6, 2013

                                                             */s/ Paul A. Kroeger*
                                                             Paul A. Kroeger